**Brian K. NEWSOME, Petitioner,**

v.

**DEPARTMENT OF the TREASURY, Respondent.**

**No. 2015–3167.**

United States Court of Appeals, Federal Circuit.

May 4, 2016.

Daniel Craig Cooley, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for petitioner. Also represented by J. DEREK McCorquindale; James R. Barney, Jason Lee Romrell, Washington, DC.

Ryan Majerus, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Deborah A. Bynum.

MOORE, O'MALLEY, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**